IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Peter Grzeskowiak, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case No. 2:06-cv-62 |
| | ) | |
| Susan Grzeskowiak/Coker, | ) | |
| | ) | |
| Defendant. | ) | |

Petitioner, Peter Grzeskowiak, filed a motion to proceed *in forma pauperis* ("IFP") on his appeal. On January 3, 2007, Magistrate Judge Karen K. Klein issued a Report and Recommendation recommending that the motion be denied (Doc. #30). The Magistrate Judge concluded that, because Plaintiff has failed to state a claim for which relief can be granted in federal court (see Doc. #26), denial of the application to proceed IFP is appropriate.

The Court has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's position is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Grzeskowiak's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2007.

    /s/    Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court